DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLAIRE COLLINS,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D22-202

[March 30, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 502020CA011432XXXXMB.

Christopher J. Maranges and Madeline Moreira of Maranges, PLLC, Boca Raton, for appellant.

David C. Borucke of Cole, Scott & Kissane, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and ARTAU, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***